■ ANDREA DIX, Respondent, v RICHARD DIX, Appellant.—The attorneys for the respective parties on this appeal from an order of the Supreme Court, Rockland County, entered November 19, 1975, have agreed, after a conference held before Hon. Harry Gittleson on January 9, 1976, that the appeal be withdrawn, and they thereupon signed a stipulation to such effect, which stipulation contains certain other provisions. In accordance with the foregoing, the appeal is deemed withdrawn, without costs; and it is further ordered that the case proceed to trial on February 4, 1976. Gulotta, P. J., Hopkins, Martuscello, Latham and Cohalan, JJ., concur.

■ MURIEL POMERANTZ, Respondent, v IRVING E. POMERANTZ, Appellant. —The attorneys for the respective parties on this appeal from stated portions of an order of the Supreme Court, Nassau County, entered December 1, 1975, have agreed, after a conference before Hon. Harry Gittleson on January 9, 1976, that the appeal be withdrawn, and they thereupon signed a stipulation to such effect, which contains certain other provisions. In accordance with the foregoing the appeal is deemed withdrawn, without costs; and it is further ordered that the case proceed to trial. Gulotta, P. J., Hopkins, Martuscello, Latham and Cohalan, JJ., concur.

(February 5, 1976)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOVAN STAJIC, Also Known as JOVAN STALTIC, Appellant.—Appeal by defendant, as limited by his motion, from a sentence of the County Court, Nassau County, imposed September 5, 1975. Sentence affirmed. No opinion. This case is remitted to the County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (subd 5). Margett, Acting P. J., Damiani, Christ, Rabin and Shapiro, JJ., concur.